**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00004-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GABRIEL DELAO-MENDEZ,
    a/k/a David Sotelo-Martinez,

    Defendant.

## MINUTE ORDER[1]

    Due to a conflict arising on the court's calendar, the change of plea hearing set for March 3, 2011, is **VACATED** and is **RESET** to **March 1, 2011**, at 9:00 a.m. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant at the Change of Plea Hearing.

    Dated: February 22, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.